[No. 31168-6-III.   Division Three.   August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ELVIS CAMILLO R. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00407-0, Bruce A. Spanner, J., entered September 4, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 31633-5-III.   Division Three.   August 5, 2014.]

*In the Matter of the Marriage of* JAMES RUSSELL MACKENZIE, *Respondent*, and REBECCA E. MACKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-01348-6, Royce H. Moe, J. Pro Tem., entered April 26, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32295-5-III.   Division Three.   August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD KREBS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00027-1, Marilyn K. Haan, J., entered January 28, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31114-7-III.   Division Three.   August 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 12-8-00001-9, William D. Acey, J., entered August 8, 2012. *Affirmed* by unpublished opinion per Culp, J. Pro Tem., concurred in by Brown, A.C.J., and Korsmo, J.